# United States District Court
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § § | |
| AMIR MORTAZAVI (1) § <br> ARVIN ZEINALI (2) § <br> TRINITY CHAMPION HEALTHCARE § <br> PARTNERS, LLC (3) § <br> HEXAMED BUSINESS SOLUTIONS, § <br> LLC (4) § <br> ROBERT LEISTEN (5) § <br> AMY HAASE (6) § <br> ARNOLD FARBSTEIN (7) § <br> BARRY WEINSTEIN (8) § <br> ERIC BERKMAN (9) § <br> JORGE CUZA (10) § <br> KATHREN MCCARTY (11) § <br> JAMES ELLIS (12) § <br> WALTER STRASH (13) § <br> DAVID WOLF (14) § | CRIMINAL ACTION NO. 3:24-CR-0049-S |

## ORDER

At the hearing on November 25, 2025, on Defendants' Motion to Dismiss Indictment [ECF No. 251], the Government orally moved to strike the following from the Indictment [ECF No. 1]:

- On page 9, "and 1349" from the Count One header; and
- On page 21, "(18 U.S.C. § 1952)); and in violation of 18 U.S.C. 1349."

There being no objections by Defendants, the Court **GRANTS** the Government's motion.

**SO ORDERED.**

SIGNED November 26, 2025.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE